JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

ROBERT LOPEZ,
    a/k/a "Robert Ramos,"

        Defendant.
- - - - - - - - - - - - - - - - -x

Sealed
INDICTMENT

07 Cr.

07 CRIM. 439

### COUNT ONE

The Grand Jury charges:

1. On or about March 23, 2007, in the Southern District of New York, ROBERT LOPEZ, a/k/a "Robert Ramos," the defendant, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of methamphetamine, in a form commonly known as "crystal methamphetamine."

    (Title 21, United States Code, Sections 812, 841(a)(1),
           841(b)(1)(B).)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERT LOPEZ,
a/k/a "Robert Ramos,"

Defendant.

INDICTMENT

07 Cr. _____

(Title 21, United States Code,
Sections 812, 841(a)(1), and
841(b)(1)(B))

MICHAEL J. GARCIA
United States Attorney

A TRUE BILL.

_____
Foreperson.

5-16-07 Filed Indictment A/W issued. Case assigned to Judge Castel.

Pitman
U.S.M.J.