ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

       - v. -                  :    ORDER

ROBERTO LOPEZ,                    :    07 Cr. 439
 a/k/a "Robert Ramos,"
                                :

         Defendant.
                                :
- - - - - - - - - - - - - - - - - -X

       Upon application of the United States of America, by and through Assistant United States Attorney Marshall A. Camp, it is hereby ORDERED that Indictment 07 Cr. 439, which was filed under seal on or about May 16, 2007, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         May 24, 2007

                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE
                                                          SOUTHERN DISTRICT OF NEW YORK

