```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ROBERTO LOPEZ,
                   Defendant.

------------------------------------------------------------x

07 Cr. 439 (GEL)

ORDER

GERARD E. LYNCH, District Judge:

    In a letter dated February 14, 2008, the government requested an adjournment of the February 15, 2008, conference for additional plea discussion. The defendant consents to this adjournment.

    The Court finds that the interests of justice are served by such an adjournment to facilitate negotiations concerning the possible disposition of the case, given that defendant was just released from an inpatient drug program, which he successfully completed, and that the interests of both sides in conducting such investigation and continuing their negotiations toward a just outcome outweigh the interests of the defendant and the public in a speedy trial. It is therefore

    ORDERED, that the conference in this case, previously scheduled for February 15, 2008, is adjourned until March 7, 2008, at 2:00 p.m. It is further ORDERED that the time from February 15, 2008, through March 7, 2008, is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED:

Dated: New York, New York
       February 15, 2008

                                               GERARD E. LYNCH
                                        United States District Court Judge