# DISTRICT JUDGE BAIL DISPOSITION SHEET

UNITED STATES OF AMERICA

-vs-

ROBERTO LOPEZ

Date: 3/14/08

Docket No: 07CR439(GEL)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

DEFENDANT ADVISED OF HIS RIGHTS UNDER THE FEDERAL RULES OF CRIMINAL PROCEDURE. THE CHARGE WAS EXPLAINED. DEFENDANT ADVISED OF THE RIGHT TO COUNSEL AT ALL PROCEEDINGS, AND IF DEFENDANT HAS NO FUNDS, COUNSEL WILL BE APPOINTED.

FOR THE GOVERNMENT:

ARIANA R. BERG
(212) 637-2551

FOR THE DEFENDANT(S):

MARK COMBINER
(212) 417-8718

BAIL DISPOSITION:

BAIL REVOKED. DETENTION ORDERED. IMMEDIATE MEDICAL ATTENTION REQUIRED - DEFT HAS MRSA INFECTION. SUICIDE WATCH DIRECTED. IF DEFT IS ADMITTED TO B of P FACILITY, MEDICAL, PSYCHOLOGICAL and DRUG TREATMENT IS RECOMMENDED, AS IS EVALUATION FOR TRANSFER TO A BUREAU OF PRISONS MEDICAL FACILITY

SIGNED BY: _[signature]_, U.S.D.J.
THE HON. GERARD E. LYNCH

PSA OFFICER: _____
INTERPRETER _____



PART I - TO MAGISTRATE CLERK'S OFFICE
FOR USM