```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

UNITED STATES OF AMERICA

          : **ORDER PERMITTING A**
           **PSYCHIATRIC EXAMINATION**
          : **TO BE CONDUCTED AT THE**
           **METROPOLITAN CORRECTIONAL**

    - v -      : **CENTER, NEW YORK**

ROBERT LOPEZ       : 07 Cr. 439 (GEL)

      Defendant. :

----------------------------------------x

**WHEREAS,** the above-named defendant, Robert Lopez, Register Number 60031 - 054, is at present confined at the Metropolitan Correctional Center, New York, New York, under the supervision and control of the Warden and the Bureau of Prisons; and

**WHEREAS,** an application has been made by Mark B. Gombiner, Assistant Federal Defender with the Federal Defenders of New York, which office has been appointed to represent the defendant, for an order permitting a psychiatric examination, it is hereby

**ORDERED** that the Warden of the Metropolitan Correctional Center, New York, or whosoever shall have the supervision and control of the defendant, shall provide a suitable place for a psychiatric examination to be conducted, such place to consist of a private room without distractions or noise, containing a small table and chairs; and it is further

**ORDERED** that, Dr. Eric Goldsmith, a licensed forensic psychiatrist be permitted to enter said institution for the purpose of conducting the psychiatric examination, on Monday

April 7 at 9:00 a.m., and on further occasions thereafter; and it is further

    **ORDERED** that Dr. Goldsmith may have access to Mr. Lopez without Mr. Lopez's attorney being present; in addition it is further

    **ORDERED** that this Order shall remain in effect until further notice from this Court.


Dated:  New York, New York
       April  /  , 2008


               **SO ORDERED:**

               _____
               HONORABLE GERARD E. LYNCH
               UNITED STATES DISTRICT JUDGE