```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :    INFORMATION
                                    :
      - v. -                        :
                                    :    S1 07 Cr. 439 (GEL)
ROBERT LOPEZ,                       :
      a/k/a "Robert Ramos,"         :
                                    :
              Defendant.            :
                                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 15 2008

### COUNT ONE

The United States Attorney charges:

1. From in or about June 2006 up to and including on or about March 23, 2007, in the Southern District of New York and elsewhere, ROBERT LOPEZ, a/k/a "Robert Ramos," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ROBERT LOPEZ, a/k/a "Robert Ramos," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, fifty grams and more of mixtures and substances containing a detectable amount of methamphetamine, in a form commonly known as "crystal methamphetamine," in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

<u>Overt Act</u>

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.  On or about March 23, 2007, ROBERT LOPEZ, a/k/a "Robert Ramos," the defendant, brought approximately 1 ounce of methamphetamine to a confidential informant ("CI") located at an address in New York, New York.

(Title 21 United States Code, Section 846.)

**FORFEITURE ALLEGATION**

4.  As a result of committing the controlled substance offense alleged in Count One of this Information, ROBERT LOPEZ, a/k/a "Robert Ramos," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

<u>Substitute Asset Provision</u>

i.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

        (2) has been transferred or sold to, or deposited with, a third person;

        (3) has been placed beyond the jurisdiction of the Court;

        (4) has been substantially diminished in value; or

        (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney