# DISTRICT JUDGE BAIL DISPOSITION SHEET

UNITED STATES OF AMERICA

-vs-

ROBERT LOPEZ
_____
_____
_____

Date: 7/24/2008
Docket No: 07CR.0439(GEL)

USDSNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

DEFENDANT ADVISED OF HIS RIGHTS UNDER THE FEDERAL RULES OF CRIMINAL PROCEDURE. THE CHARGE WAS EXPLAINED. DEFENDANT ADVISED OF THE RIGHT TO COUNSEL AT ALL PROCEEDINGS, AND IF DEFENDANT HAS NO FUNDS, COUNSEL WILL BE APPOINTED.

FOR THE GOVERNMENT:

ARIANNA R. BERG
(212) 637-2551

FOR THE DEFENDANT(S):

MARK GOMBINER
(212) 417-8700

BAIL DISPOSITION: Defendant to be released on the condition of a $50,000 PRB, co-signed by two responsible persons, one of whom is to be Leo Daignault, secured by Mr. Daignault's condominium, and on condition of entry into a full time residential drug treatment program at Palladia, with drug testing by pre-trial services at the discretion of pretrial. Any pass or permission to leave the facility must be approved by pretrial, and travel to be limited to the SDNY. - Defendant may be released to the custody of pretrial upon signing of the bond. Posting of property to be accomplished by Aug. 8, 2008.

SIGNED BY: Gerard E. Lynch, U.S.D.J.
THE HON. GERARD E. LYNCH

PSA OFFICER: CARLOS RAMIREZ
INTERPRETER: _____